UNITED STATES of America, Plaintiff–Appellee,

v.

Orlando MALDONADO, Defendant–Appellant.

No. 08–15064
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 29, 2009.

Orlando Maldonado, Miami, FL, pro se.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before CARNES, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

David J. Joffe, appointed counsel for Orlando Maldonado in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v.California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion

to withdraw is **GRANTED**, and Maldonado's conviction and sentence are **AFFIRMED.**